UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:07-00222 |
| | ) | JUDGE CAMPBELL |
| GREGORY MOSS | ) | |

ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 87). The Court will hold a hearing on the Petition on February 22, 2013, at 9:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE