# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07CR00222 |
| | ) | JUDGE CAMPBELL |
| GREGORY R. MOSS | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to defendant Gregory R. Moss on November 29, 2010 (Docket Entry No. 84), wherein restitution in the amount of $371,884.72 was ordered to be paid to the 31st Military Police Dept.

Based upon information provided to the Clerk's Office, the actual victim in this case is the U.S. Government, with DFAS-IN serving as its collection agent, since the crime involved property belonging to the United States Government located at Ft. Campbell, Kentucky. Richard Ourand, Assistant General Counsel for DFAS-IN, has requested that the checks be made payable to the "U.S. Treasury" as the payee.

Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is the U.S. Government with the payee being the U. S. Treasury. The restitution balance of $370,634.72 shall be paid to the U.S. Government and sent to the address provided in Richard Ourand's letter of June 5, 2013.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE